**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 00-887 MJD/SRN**

Travis D. Peterson,

Plaintiff,

-vs-

**STIPULATION FOR DISMISSAL AND ORDER**

Wallace & De Mayo, P.C.,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Travis Peterson, and his attorney, and Defendant, Wallace & De Mayo, P.C., and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements or attorneys fees, to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By:________________________
Peter F. Barry, Esq.
Attorney for Plaintiff
Attorney I.D. # 0266577
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. No. 249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

**WALLACE & DE MAYO, P.C.**

By:________________________
Kristian Knochel, Esq.
Secretary and General Counsel for Defendant
Total Debt Management, Inc.
P.O. Box 6700
Norcross, Georgia 30091-6700
(770) 446-9996

AUG 23 2000
FILED____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 23 2000
DEPUTY CLERK____________

Received: 8/15/00 18:06; 770 368 8331 -> The Barry Law Off:ce, Ltd.; Page 2
08/15/2000 19:17 770-368-8331 WALLACE DEMAYO PAGE 02/02
AUG-15-2000 16:43 FROM LYONS & ASSOCIATES TO 17703688331 P.02

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 00-887 MJD/SRN**

---

Travis D. Peterson,

Plaintiff,

-vs-

**STIPULATION FOR DISMISSAL AND ORDER**

Wallace & De Mayo, P.C.,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Travis Peterson, and his attorney, and Defendant, Wallace & De Mayo, P.C., and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements or attorneys fees, to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney for Plaintiff
Attorney I.D. # 0266577
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

**WALLACE & DE MAYO, P.C.**

By: ______________________
Kristian Knochel, Esq.
Secretary and General Counsel for Defendant
Total Debt Management, Inc.
P.O. Box 6700
Norcross, Georgia 30091-6700
(770) 446-9996

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. No. 249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

## ORDER

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: 8-23-00

~~Susan Richard Nelson~~
United States ~~Magistrate~~ Judge